DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GARY

No. 190P90

Case below: 98 N.C. App. 155

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

STATE v. NOBLES

No. 342P90

Case below: 99 N.C. App. 473

Petition by Attorney General for writ of supersedeas and temporary stay denied 26 July 1990.

STATE v. RICHARDSON

No. 353P90

Case below: 99 N.C. App. 496

Petition by Attorney General for writ of supersedeas and temporary stay denied 6 August 1990.

STATE v. SUMMERLIN

No. 215P90

Case below: 98 N.C. App. 167

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 July 1990.

STATE v. TORRES

No. 316A90

Case below: 99 N.C. App. 364

Petition by defendant for temporary stay allowed 26 July 1990 on condition that extant appearance bond remain in effect.